Marian S. Rosen (Tex. SBN: 17263000)
marian@marianrosen.com
MARIAN S. ROSEN & ASSOCIATES
5065 Westheimer Road, Suite 840
Houston, Texas 77056
(713) 222-6464 · (713) 227-4703 (f)
*(To apply as counsel pro hac vice)*

Howard Rubinstein (Fla. SBN: 104108)
howardr@pdq.net
Attorney at Law
914 Waters Avenue, Suite 20
Aspen, Colorado 81611
(832) 715-2788
*(To apply as counsel pro hac vice)*

Harold M. Hewell (Cal. SBN: 171210)
hmhewell@hewell-lawfirm.com
HEWELL LAW FIRM
105 West F Street, Second Floor
San Diego, California 92101
(619) 235-6854 · (888) 298-0177 (f)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLA M. WATSON**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>**PURDUE PHARMA L.P.**, a foreign limited partnership headquartered in Stamford, Connecticut; **THE PURDUE FREDERICK COMPANY,** a New York corporation; and **PURDUE PHARMA INC.,** a New York corporation,<br><br>    Defendants. | Civil No. 2:10-cv-02452-FCD-JFM<br><br>**DECLARATION OF HAROLD M. HEWELL REGARDING VENUE PURSUANT TO CIVIL CODE §1780(c) OF THE CONSUMER LEGAL REMEDIES ACT, CIVIL CODE §§1750, ET SEQ.**<br><br>*Class Action*<br>*Jury Trial Requested* |

I, Harold M. Hewell, hereby declare:

1. I am an attorney at law duly admitted to practice before this Court and all the Courts of the State of California. I am one of the attorneys of record for Plaintiff Viola M. Watson in the above-captioned action. The matters stated below are true as to my own knowledge, except as to those matters stated as to information and belief, and as to those matters, I believe them to be true. If called upon, I could competently testify to the matters herein.

2. California Civil Code § 1780(c) provides that a plaintiff seeking to bring an claim under Section 1780(a) of the California Consumer Legal Remedies Act, such as in the above, may commence that action "in the county in which the person against whom it is brought resides, has his or her principal place of business, or is doing business, or in the county where the transaction or any substantial portion thereof occurred."

3. Accordingly, the County of Sacramento and this Judicial District is a proper venue in which to bring this action, as defendants at all relevant times in this action were "doing business" within the County of Sacramento by marketing, advertising and/or selling OxyContin, the subject product of this action, within the County of Sacramento.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed Wednesday, October 27, 2010, at San Diego, California.

s/ Harold M. Hewell
Harold M. Hewell

---

DECLARATION OF HAROLD M. HEWELL REGARDING VENUE PURSUANT TO CIVIL CODE §1780(c) OF THE CONSUMER LEGAL REMEDIES ACT, CIVIL CODE §§1750, ET SEQ.
CIVIL NO. 2:10-cv-02452-FCD-JFM
PAGE 2 OF 43