Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone:     (213) 892-1000
Facsimile:      (213) 892-2045

Attorneys for Defendants
Purdue Pharma L.P., The Purdue Frederick
Company, and Purdue Pharma Inc.

Harold M. Hewell (State Bar No. 171210)
hmhewell@hewell-lawfirm.com
HEWELL LAW FIRM
105 West F Street, 2d Floor
San Diego, CA 92101
Telephone:     (619) 235-6854
Facsimile:      (619) 298-0177

Attorneys for Plaintiff Viola M. Watson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA M. WATSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., a foreign limited partnership headquartered in Stamford, Connecticut; THE PURDUE FREDERICK COMPANY, a New York corporation; and PURDUE PHARMA INC., a New York corporation,<br><br>Defendants. | Case No.  2:10-cv-02452-FCD-JFM<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to Rule 144 of this Court's Local Rules, plaintiff Viola M. Watson ("Plaintiff") and defendants Purdue Pharma L.P., The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company), and Purdue Pharma Inc. (collectively, "Purdue") hereby stipulate to extend the time for Purdue to respond to Plaintiff's Complaint for Equitable Relief and Damages to

February 16, 2011.  No such extensions have been sought or granted previously.

| January 19, 2011 | CHADBOURNE & PARKE LLP |
|---|---|
| | By: /s/ Jay R. Henneberry |
| | Jay R. Henneberry |
| | Attorneys for Defendants Purdue Pharma L.P., The Purdue Frederick Company, and Purdue Pharma Inc. |
| January 19, 2011 | HEWELL LAW FIRM |
| | By: /s/ Harold M. Hewell (as authorized on 1/19/11) |
| | Harold M. Hewell |
| | Attorneys for Plaintiff Viola M. Watson |

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT    2
CPAM: 3502020.1