IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA M. WATSON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 2: 10-CV-2452 KJM JFM |
| vs. | |
| PURDUE PHARMA L.P., a foreign limited partnership headquartered in Stamford, Connecticut; THE PURDUE FREDERICK COMPANY, a New York corporation; and PURDUE PHARMA INC., a New York Corporation | |
| Defendants. | ORDER |

GOOD CAUSE APPEARING, no opposition having been filed, and time being of the essence, defendants' ex parte application for leave to file three separate motions, each no longer than twenty pages, is granted.

DATED: February 7, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

wats2452.pg

1