Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Attorneys for Defendants
Purdue Pharma L.P., The Purdue Frederick
Company, and Purdue Pharma Inc.

Harold M. Hewell (State Bar No. 171210)
hmhewell@hewell-lawfirm.com
HEWELL LAW FIRM
105 West F Street, 2d Floor
San Diego, CA 92101
Telephone: (619) 235-6854
Facsimile: (619) 298-0177

Attorneys for Plaintiff Viola M. Watson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA M. WATSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., a foreign limited partnership headquartered in Stamford, Connecticut; THE PURDUE FREDERICK COMPANY, a New York corporation; and PURDUE PHARMA INC., a New York corporation,<br><br>Defendants. | Case No. 2:10-cv-02452-KJM-JFM<br><br>**STIPULATED ORDER ON BRIEFING SCHEDULE** |

WHEREAS, pursuant to the Court's order of February 7, 2011, on or before February 16, 2011, defendants Purdue Pharma L.P., The Purdue Frederick Company, and Purdue Pharma Inc. (collectively, "Purdue"), will file three separate motions: (1) a Rule 12(b)(6) motion for failure to state a claim, (2) a motion relating to Plaintiff's requests for equitable relief under California

Business and Professions Code § 17200 *et seq.* and § 17500 *et seq.* and Civil Code § 1750 *et seq.*, and (3) a motion to strike the class allegations in Plaintiff's Complaint (collectively, "Motions");

WHEREAS, Purdue and Plaintiff wish to set a schedule for briefing and oral argument on the Motions;

NOW THEREFORE, IT IS HEREBY STIPULATED by Purdue and Plaintiff that the Motions shall be briefed and set for hearing as follows:

1. Opening papers shall be filed and served on or before February 16, 2011;
2. Opposition papers shall be filed and served on or before April 4, 2011;
3. Reply papers shall be filed and served on or before April 18, 2011; and
4. The Motions shall be set for hearing on April 27, 2011.

February 14, 2011                                     CHADBOURNE & PARKE LLP

By:      /s/ Jay R. Henneberry
                Jay R. Henneberry

Attorneys for Defendants
Purdue Pharma L.P., The Purdue Frederick Company, and Purdue Pharma Inc.

February 14, 2011                                     HEWELL LAW FIRM

By      /s/ Harold M. Hewell
            (as authorized on 2/11/11)
                Harold M. Hewell

Attorneys for Plaintiff Viola M. Watson

IT IS SO ORDERED.

DATED: February 14, 2011.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER ON BRIEFING SCHEDULE                                     2
CPAM: 3503435.1