1   Jay R. Henneberry (State Bar No. 135065)
    jhenneberry@chadbourne.com
2   CHADBOURNE & PARKE LLP
    350 South Grand Avenue, 32nd Floor
3   Los Angeles, CA 90071
    Telephone:    (213) 892-1000
4   Facsimile:    (213) 892-2045

5   Attorneys for Defendants
    Purdue Pharma L.P., The Purdue Frederick
6   Company Inc. (dba The Purdue Frederick
    Company), and Purdue Pharma Inc.

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  VIOLA M. WATSON, individually and on        Case No. 2:10-cv-02452-KJM-JFM
    behalf of all others similarly situated,
12                                              **DEFENDANTS' NOTICE OF MOTIONS
                   Plaintiff,                   AND MOTIONS**
13
    v.                                          Date:      April 27, 2011
14                                              Time:      10:00 a.m.
    PURDUE PHARMA L.P., a foreign               Judge:     Hon. Kimberly J. Mueller
15  limited partnership headquartered in
    Stamford, Connecticut; THE PURDUE
16  FREDERICK COMPANY, a New York
    corporation; and PURDUE PHARMA
17  INC., a New York corporation,

18                 Defendants.

19

20        PLEASE TAKE NOTICE that on April 27, 2011, at 10:00 a.m. or as soon thereafter as the

21  matter can be heard in the above-entitled Court, located at 501 I Street, Courtroom 3, 15th Floor,

22  Sacramento, California 95814, defendants Purdue Pharma L.P., The Purdue Frederick Company

23  Inc. (dba The Purdue Frederick Company), and Purdue Pharma Inc. (collectively, "Purdue") will

24  and hereby do move the Court:

25        1.   pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the first,

26  second, and fourth causes of action in Plaintiff's Complaint for Equitable Relief and Damages

27  ("Complaint");

28

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

2.   pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6) for an order dismissing the Complaint; and

3.   pursuant to Federal Rules of Civil Procedure 12(f) and 23 for an order striking the class allegations from the Complaint.

These motions are based on this Notice of Motions and Motions; the concurrently filed supporting Memoranda of Points and Authorities; the concurrently filed First and Second Requests for Judicial Notice and Declarations of Jay R. Henneberry in Support thereof; the pleadings and papers on file in this action; the oral argument of counsel; and such other and further evidence and matters as the Court may consider.

February 16, 2011                                    CHADBOURNE & PARKE LLP


By _____/s/ Jay R. Henneberry_____
                    Jay R. Henneberry

Attorneys for Defendants
Purdue Pharma L.P., The Purdue Frederick
Company Inc. (dba The Purdue Frederick
Company), and Purdue Pharma Inc.

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000