1  Jay R. Henneberry (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
3  Los Angeles, CA 90071
   Telephone:   (213) 892-1000
4  Facsimile:   (213) 892-2045

5  Attorneys for Defendants
   Purdue Pharma L.P., The Purdue Frederick
6  Company, and Purdue Pharma Inc.

7

8

9                    UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  VIOLA M. WATSON, individually and on behalf of all others similarly situated, | Case No. 2:10-CV-02452-FCD-JFM |
| 13      Plaintiff, | **PROOF OF SERVICE** |
| 14  v. | |
| 15  PURDUE PHARMA L.P., a foreign limited partnership headquartered in Stamford, Connecticut; THE PURDUE FREDERICK COMPANY, a New York corporation; and PURDUE PHARMA INC., a New York corporation, | |
| 19      Defendants. | |

I am employed in the County of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, 32nd Floor, Los Angeles, California 90071-3406.

On **February 16, 2011**, I served the foregoing document described as

    1) **Defendants' Notice of Motions and Motions;**

    2) **Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss the First, Second, and Fourth Causes of Action of the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);**

    3) **Purdue's First Request for Judicial Notice;**

    4) **Declaration of Jay R. Henneberry in Support of Purdue's First Request for Judicial Notice;**

    5) **Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's Complaint;**

    6) **Purdue's Second Request for Judicial Notice;**

    7) **Declaration of Jay R. Henneberry in Support of Purdue's Second Request for Judicial Notice; and**

    8) **Memorandum of Points and Authorities in Support of Defendants' Motion to Strike Plaintiff's Class Claims.**

on interested parties in this action, as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:**
    ☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL:** I caused such document(s) to be served on the parties by e-mailing a copy thereof (without attachments).

///

PROOF OF SERVICE
CPAM: 3540421.4

☒ **BY OVERNIGHT DELIVERY (Federal Express):** I deposited such envelope(s) at the appropriate location for collection and delivery to the person(s) or office(s) named above.

☐ **BY FACSIMILE:** I transmitted a true copy of said document(s) via facsimile machine pursuant to Rule 2005. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on **February 16, 2011**, Los Angeles, California.

EVETTE M. RODRIGUEZ  
Type Name

/Signature

- 3 -  
PROOF OF SERVICE

CPAM: 3540421.4

## SERVICE LIST

Marian S. Rosen
marian@marianrosen.com
MARIAN S. ROSEN & ASSOCIATES
5065 Westheimer Road, Suite 840
Houston, Texas  77056
Fax:  (713) 227-4703

Howard Rubinstein
howardr@pdq.net
Attorney at Law
P.O. Box 4839
Aspen, Colorado  81612
Fax:  (312) 268-7348