Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone:     (213) 892-1000
Facsimile:      (213) 892-2045

Attorneys for Defendants
Purdue Pharma L.P., The Purdue Frederick
Company Inc. (dba The Purdue Frederick
Company), and Purdue Pharma Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA M. WATSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., a foreign limited partnership headquartered in Stamford, Connecticut; THE PURDUE FREDERICK COMPANY, a New York corporation; and PURDUE PHARMA INC., a New York corporation,<br><br>  Defendants. | Case No.  2:10-cv-02452-KJM-JFM<br><br>**APPLICATION OF STEPHEN B. DEVEREAUX TO APPEAR PRO HAC VICE; ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE; [PROPOSED] ORDER** |

I, Stephen B. Devereaux, attorney for defendants Purdue Pharma L.P., The Purdue

Frederick Company Inc. (dba The Purdue Frederick Company), and Purdue Pharma Inc., hereby

petition for admission to practice *pro hac vice* in the above-captioned action under the provision

of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service

and have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.  In

support of this petition, I state under penalty of perjury that:

1.  My business address is King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia

30309.  My telephone number is (404) 572-4600 and my facsimile number is (404) 572-5137.

My email address is sdevereaux@kslaw.com.  I reside in Atlanta, Georgia.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

2.   I was admitted to practice in the State of Georgia.  I am a member of the bar in good standing of the State of Georgia (admitted 1996) and am admitted to the following courts: Georgia Superior and State Courts (admitted November 25, 1996), Georgia Supreme Court (admitted July 13, 1998), United States Court of Appeals for the Second Circuit (admitted April 17, 2009), Tenth Circuit (admitted August 25, 2008) and Eleventh Circuit (admitted January 11, 2001), United States District Court for the Northern District of Georgia (admitted February 2, 1998), United States District Court for the Middle District of Georgia (admitted June 29, 2004).  I am presently in good standing and eligible to practice in said courts.  A certificate of good standing from the court in my state of primary practice is attached to this application.  I am not currently suspended or disbarred in any other court.

3.   I have not concurrently or within the year preceding this application made a *pro hac vice* application to this Court.

4.   I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Jay R. Henneberry

Chadbourne & Parke LLP

350 South Grand Avenue, 32nd Floor

Los Angeles, CA  90071

Telephone:     (213) 892-1000

Facsimile:     (213) 892-2045

Email: jhenneberry@chadbourne.com

February ___, 2011                    By _____
                                                    STEPHEN B. DEVEREAUX

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

1       2.   I was admitted to practice in the State of Georgia.  I am a member of the bar in good

2   standing of the State of Georgia (admitted 1996) and am admitted to the following courts:

3   Georgia Superior and State Courts (admitted November 25, 1996), Georgia Supreme Court

4   (admitted July 13, 1998), United States Court of Appeals for the Second Circuit (admitted April

5   17, 2009), Tenth Circuit (admitted August 25, 2008) and Eleventh Circuit (admitted January 11,

6   2001), United States District Court for the Northern District of Georgia (admitted February 2,

7   1998), United States District Court for the Middle District of Georgia (admitted June 29, 2004).  I

8   am presently in good standing and eligible to practice in said courts.  A certificate of good

9   standing from the court in my state of primary practice is attached to this application.  I am not

10  currently suspended or disbarred in any other court.

11      3.   I have not concurrently or within the year preceding this application made a *pro hac*

12  *vice* application to this Court.

13      4.   I hereby designate the following member of the Bar of this Court who is registered for

14  ECF with whom the Court and opposing counsel may readily communicate regarding the conduct

15  of the case and upon whom electronic notice shall also be served via the Court's ECF system:

16              Jay R. Henneberry

17              Chadbourne & Parke LLP

18              350 South Grand Avenue, 32nd Floor

19              Los Angeles, CA  90071

20              Telephone:    (213) 892-1000

21              Facsimile:    (213) 892-2045

22              Email: jhenneberry@chadbourne.com

25  February 28 , 2011           By

26                      STEPHEN B. DEVEREAUX