1  Jay R. Henneberry (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
3  Los Angeles, CA  90071
   Telephone:     (213) 892-1000
4  Facsimile:     (213) 892-2045

5  Attorneys for Defendants
   Purdue Pharma L.P., The Purdue Frederick
6  Company Inc. (dba The Purdue Frederick
   Company), and Purdue Pharma Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VIOLA M. WATSON, individually and on behalf of all others similarly situated, | Case No.  2:10-cv-02452-KJM-JFM |
|---|---|
| Plaintiff, | **APPLICATION OF STEPHEN B. DEVEREAUX TO APPEAR PRO HAC VICE; ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE; ORDER** |
| v. | |
| PURDUE PHARMA L.P., a foreign limited partnership headquartered in Stamford, Connecticut; THE PURDUE FREDERICK COMPANY, a New York corporation; and PURDUE PHARMA INC., a New York corporation, | |
| Defendants. | |

I, Stephen B. Devereaux, attorney for defendants Purdue Pharma L.P., The Purdue Frederick Company Inc. (dba The Purdue Frederick Company), and Purdue Pharma Inc., hereby petition for admission to practice *pro hac vice* in the above-captioned action under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service and have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

   1.  My business address is King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309.  My telephone number is (404) 572-4600 and my facsimile number is (404) 572-5137. My email address is sdevereaux@kslaw.com.  I reside in Atlanta, Georgia.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

2. I was admitted to practice in the State of Georgia. I am a member of the bar in good standing of the State of Georgia (admitted 1996) and am admitted to the following courts: Georgia Superior and State Courts (admitted November 25, 1996), Georgia Supreme Court (admitted July 13, 1998), United States Court of Appeals for the Second Circuit (admitted April 17, 2009), Tenth Circuit (admitted August 25, 2008) and Eleventh Circuit (admitted January 11, 2001), United States District Court for the Northern District of Georgia (admitted February 2, 1998), United States District Court for the Middle District of Georgia (admitted June 29, 2004). I am presently in good standing and eligible to practice in said courts. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

3. I have not concurrently or within the year preceding this application made a *pro hac vice* application to this Court.

4. I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

>Jay R. Henneberry
>
>Chadbourne & Parke LLP
>
>350 South Grand Avenue, 32nd Floor
>
>Los Angeles, CA  90071
>
>Telephone:     (213) 892-1000
>
>Facsimile:     (213) 892-2045
>
>Email: jhenneberry@chadbourne.com

February ___, 2011                              By _____
                                                   STEPHEN B. DEVEREAUX

IT IS SO ORDERED.

March 4, 2011.

_____
UNITED STATES DISTRICT JUDGE