Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Attorneys for Defendants
Purdue Pharma L.P., The Purdue Frederick
Company Inc. (dba The Purdue Frederick
Company), and Purdue Pharma Inc.

Harold M. Hewell (State Bar No. 171210)
hmhewell@hewell-lawfirm.com
HEWELL LAW FIRM
105 West F Street, 2d Floor
San Diego, CA 92101
Telephone: (619) 235-6854
Facsimile: (619) 298-0177

Attorneys for Plaintiff Viola M. Watson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA M. WATSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., a foreign limited partnership headquartered in Stamford, Connecticut; THE PURDUE FREDERICK COMPANY, a New York corporation; and PURDUE PHARMA INC., a New York corporation,<br><br>Defendants. | Case No. 2:10-cv-02452-KJM-JFM<br><br>**JOINT STATUS REPORT** |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Civil Local Rules 240(b) and 271(d)(2), and this Court's Order Requiring Joint Status Report, dated September 13, 2010, plaintiff Viola M. Watson and defendants Purdue Pharma L.P., The Purdue Frederick Company Inc. (dba The Purdue Frederick Company), and Purdue Pharma Inc. (collectively, "Purdue")

hereby submit the following report:

### 1. **Claims and Defenses**

Plaintiff asserts claims against defendants relating to the purchase of the medication OxyContin® Tablets. She seeks certification of a nationwide class and in her complaint asserts six different causes of action. Purdue denies all of her claims and will also assert affirmative defenses. Currently, three motions (described below) relating to Plaintiff's claims are before the Court and are scheduled to be heard on April 27, 2011.

### 2. **Status of Service**

All defendants and cross-defendants in this action have been served.

### 2. **Additional Parties**

At this point, the parties do not anticipate the joinder of any additional parties.

### 3. **Amendments to Pleadings**

In response to the motions recently filed by Purdue, Plaintiff intends to file and serve an amended complaint.

### 4. **Jurisdiction and Venue**

Jurisdiction in this action is based on the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d). Venue is based on 28 U.S.C. § 1391(a).

### 5. **Sections 4(f) through 4(k) of the Order Requiring Joint Status Report**

The parties respectfully submit that at this stage of the litigation it is premature to discuss the items listed in Sections 4(f) through 4(k) of the Court's Order Requiring Status Report. Three motions are currently before the Court -- one to strike the class action allegations from the Complaint, one requesting that the Court abstain from hearing certain of the causes of action and

another requesting that the Complaint be dismissed in its entirety. Until those motions are decided and the contours of this case going forward are determined, the parties respectfully submit that agreeing upon discovery schedules and the other issues set forth in Sections 4(f) through (k) is premature. Within 14 days of the issuance of the Court's final rulings with respect to the three motions described above, or at such other time as the Court orders, the parties will confer and submit a report to the Court containing a detailed discussion of all of the items set forth in the Court's Order Requiring Status Report.

**6. Related Cases**

The parties do not believe this case is related to any other case pending in this district.

**7. Prospects for Settlement**

The parties have not discussed settlement, and believe that any such discussions, including any discussions of the Voluntary Dispute Resolution Program, are premature.

March 9, 2011                                   CHADBOURNE & PARKE LLP


By _____/s/ Jay R. Henneberry_____
                Jay R. Henneberry

Attorneys for Defendants
Purdue Pharma L.P., The Purdue Frederick Company Inc. (dba The Purdue Frederick Company), and Purdue Pharma Inc.


March 9, 2011                                   HEWELL LAW FIRM


By _____/s/ Harold M. Hewell_____
           (as authorized on 3/9/11)
                Harold M. Hewell

Attorneys for Plaintiff Viola M. Watson