Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Attorneys for Defendants
Purdue Pharma L.P., The Purdue Frederick
Company Inc. (dba The Purdue Frederick
Company), and Purdue Pharma Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA M. WATSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., a foreign limited partnership headquartered in Stamford, Connecticut; THE PURDUE FREDERICK COMPANY, a New York corporation; and PURDUE PHARMA INC., a New York corporation,<br><br>Defendants. | Case No. 2:10-cv-02452-KJM-JFM<br><br>**APPLICATION OF MARY T.YELENICK, ESQ. TO APPEAR PRO HAC VICE; ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE; ORDER** |

I, Mary T. Yelenick, Esq., attorney for defendants Purdue Pharma L.P., The Purdue Frederick Company Inc. (dba The Purdue Frederick Company), and Purdue Pharma Inc., hereby petition for admission to practice *pro hac vice* in the above-captioned action under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service and have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

1. My business address is Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112. My telephone number is (212) 408-5100 and my facsimile number is

/////

PRO HAC VICE APPLICATION; ORDER    1

(212) 541-5369. My email address is myelenick@chadbourne.com. I reside in New York, New York.

    2. I was admitted to practice in

        1979 District of Columbia (currently inactive)
        1982 New York
        1980 U.S.D.C. - D.D.C.
        1982 U.S.D.C. - E.D.N.Y.
        1982 U.S.D.C. - S.D.N.Y.
        2010 U.S. Ct. App. - 2nd Cir.
        2006 U.S. Ct. App. - 4th Cir.
        1995 U.S. Ct. App. - 5th Cir.
        1981 U.S. Ct. App. - D.C. Cir.
        1992 U.S. Supreme Court

I am presently in good standing and eligible to practice in said courts. A certificate of good standing from the court in my state of primary practice (New York) is attached to this application. I am not currently suspended or disbarred in any other court.

    3. I have not concurrently or within the year preceding this application made a *pro hac vice* application to this Court.

    4. I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

        Jay R. Henneberry
        Chadbourne & Parke LLP
        350 South Grand Avenue, 32nd Floor
        Los Angeles, CA 90071
        Telephone: (213) 892-1000
        Facsimile: (213) 892-2045
        Email: jhenneberry@chadbourne.com

March 3, 2011              By _____
                                                        Mary T. Yelenick

IT IS SO ORDERED.

DATED: March 15, 2011.                  _____
                                                          UNITED STATES DISTRICT JUDGE