# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLA M. WATSON**, individually and on behalf of all others similarly situated,<br><br> *Plaintiff,*<br><br>*vs.*<br><br>**PURDUE PHARMA L.P.**, a foreign limited partnership headquartered in Stamford, Connecticut**; THE PURDUE FREDERICK COMPANY,** a New York corporation; and **PURDUE PHARMA INC.,** a New York corporation,<br><br> *Defendants.* | Civil No. 2:10-cv-02452-KJM-JFM<br><br>**ORDER ON STIPULATION TO ENLARGE BRIEFING PERIOD AND CONTINUE HEARING DATE ON PENDING MOTIONS TO DISMISS AND STRIKE** |

 **THE COURT,** having considered the parties' stipulation to enlarge the briefing schedule on Defendants' three pending motions, and to continue the hearing date thereon, and good cause appearing, **HEREBY ORDERS THAT:**

  1. The hearing date on the pending motions shall be set for June 8, 2011;

///

2. Opposition papers are to be filed and served on or before April 18, 2011; and

3. Reply papers are to be filed and served on or before May 9, 2011.

Dated:  April 6, 2011.

_____
UNITED STATES DISTRICT JUDGE