Marian S. Rosen (Tex. SBN: 17263000)
　marian@marianrosen.com
MARIAN S. ROSEN & ASSOCIATES
5065 Westheimer Road, Suite 840
Houston, Texas 77056
(713) 222-6464 · (713) 227-4703 (f)
*(To apply as counsel pro hac vice)*

Howard W. Rubinstein (Fla. SBN: 104108)
　howardr@pdq.net
LAW OFFICES OF HOWARD W. RUBINSTEIN
P.O. Box 4839
Aspen, Colorado 81612
(832) 715-2788 · (561) 688-0630 (f)
*(To apply as counsel pro hac vice)*

Harold M. Hewell (Cal. SBN: 171210)
　hmhewell@hewell-lawfirm.com
HEWELL LAW FIRM
105 West F Street, Second Floor
San Diego, California 92101
(619) 235-6854 · (888) 298-0177

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIOLA M. WATSON**, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>**PURDUE PHARMA L.P.**, a foreign limited partnership headquartered in Stamford, Connecticut; **THE PURDUE FREDERICK COMPANY,** a New York corporation; and **PURDUE PHARMA INC.,** a New York corporation,<br><br>　　Defendants. | CASE NO. 2:10-cv-02452-KJM -JFM<br>JUDGE: Hon. Kimberly J. Mueller<br><br>**PROOF OF SERVICE**<br><br>*Class Action, Jury Trial Requested*<br>Case filed September 13, 2011 |

I, Harold Hewell, declare that: I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; I am employed in the County of San Diego, California, in which county the within-mentioned mailing/service occurred; and that my business mailing address is 105 West F Street, Suite 213, San Diego, California 92101.

I served the following document(s):

- **RESPONSE TO DEFENDANTS' MOTIONS TO: (1) DISMISS THE COMPLAINT IN ITS ENTIRETY; (2) DISMISS THE FIRST, SECOND AND FOURTH CLAIMS; AND (3) TO STRIKE CLASS CLAIMS;**
- **DECLARATION OF HOWARD W. RUBINSTEIN IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTIONS TO: (1) DISMISS THE COMPLAINT IN ITS ENTIRETY; (2) DISMISS THE FIRST, SECOND AND FOURTH CLAIMS; AND (3) STRIKE CLASS CLAIMS**
- **EXHIBIT A TO RUBINSTEIN DECLARATION;**
- **EXHIBIT B TO RUBINSTEIN DECLARATION;**
- **EXHIBIT C TO RUBINSTEIN DECLARATION;** and
- **EXHIBIT D TO RUBINSTEIN DECLARATION,**

[ ]   by e-mail transmission on April 21, 2011 of copies of the above document(s) in .pdf format to the e-mail addresses below of the Attorneys on the Service List. No delivery errors were reported.

[ ]   by facsimile transmission on April 21, 2011 of copies of the above document(s) to the fax number(s) below of the Attorneys on the Service List. No delivery errors were reported.

[X]   by CM/ECF notification at the time of filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2011, at San Diego, California.

/s/ Harold M. Hewell
Harold M. Hewell

## Service List

| | |
|---|---|
| Jay Robert Henneberry<br>Chadbourne & Parke LLP<br>350 South Grand Avenue<br>32nd Floor<br>Los Angeles, CA 90071<br>213-892-2016<br>Fax: 213-892-2045<br>Email: jhenneberry@chadbourne.com<br>*Counsel for Defendants* | Mary T. Yelenick , PHV<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-408-5100<br>Fax: 212-541-5369<br>Email: myelenick@chadbourne.com<br>*Counsel for Defendants* |
| S. Jean Kim<br>Chadbourne and Parke LLP<br>350 South Grand Avenue<br>32nd Floor<br>Los Angeles, CA 90071<br>213-892-2034<br>Fax: 213-892-2045<br>Email: SKim@chadbourne.com<br>*Counsel for Defendants* | Stephen Devereaux , PHV<br>King & Spalding, LLP<br>1180 Peachtreet Street<br>Atlanta, GA 30309<br>404-572-4600<br>Fax: 404-572-5137<br>Email: sdevereaux@kslaw.com<br>*Counsel for Defendants* |